IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DONALD STANLEY VERNE,**

    Petitioner,

v.                                   Case No.  3:15cv001-LC/CAS

**JULIE L. JONES, Secretary,
Department of Corrections,**

    Respondent.
_____/

## **ORDER**

    This cause comes on for consideration upon the magistrate's report and recommendation dated March 10, 2017.  ECF No. 23.  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections.  I have made a de novo determination of the timely filed objections.

    Having considered the report and recommendation, and the objections, I have determined that the report and recommendation should be adopted.

    Accordingly, it is **ORDERED** as follows:

    1.  The magistrate's report and recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus filed by Petitioner Verne pursuant to 28 U.S.C. § 2254 is **DENIED**. A certificate of appealability and leave to appeal in forma pauperis is also **DENIED**.

**DONE AND ORDERED** this 29th day of March, 2017.

s/ L.A. Collier
LACEY A. COLLIER
Senior United States District Judge